IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GUARDANT HEALTH, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 17-1616 (LPS) (CJB) |
| | ) | |
| FOUNDATION MEDICINE, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| GUARDANT HEALTH, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 17-1623 (LPS) (CJB) |
| | ) | |
| PERSONAL GENOME DIAGNOSTICS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION FOR TELECONFERENCE
TO RESOLVE DISCOVERY DISPUTE**

Plaintiff Guardant Health, Inc. and Defendants Foundation Medicine, Inc. and Personal Genome Diagnostics, Inc. (collectively "Defendants") respectfully move this Court to schedule a teleconference to address an outstanding dispute regarding discovery matters.

In accordance with the Court's Oral Order of June 27, 2019 (*e.g.,* C.A. No. 17-1616, D.I. 172), the parties will provide submissions and present their respective positions in letters to be filed on July 8, 2019, and July 15, 2019, respectively, consistent with the Court's prior order regarding discovery matters in advance of a teleconference scheduled for July 22, 2019, at 4:00 p.m. with counsel for Defendants to initiate the call.

| | |
|---|---|
| FARNAN LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Michael J. Farnan* | */s/ Jeremy A. Tigan* |
| Joseph J. Farnan, Jr. (#100245) | Karen Jacobs (#2881) |
| Brian E. Farnan (#4089) | Jeremy A. Tigan (#5239) |
| Michael J. Farnan (#5165) | 1201 North Market Street |
| 919 North Market Street, 12th Floor | P.O. Box 1347 |
| Wilmington, DE 19801 | Wilmington, DE 19899 |
| (302) 777-0300 | (302) 658-9200 |
| farnan@farnanlaw.com | kjacobs@mnat.com |
| bfarnan@farnanlaw.com | jtigan@mnat.com |
| mfarnan@farnanlaw.com | |
| | *Attorneys for Foundation Medicine, Inc.* |
| *Attorneys for Guardant Health, Inc.* | |

PHILLIPS, GOLDMAN, MCLAUGHLIN & HALL, P.A.

*/s/ David A. Bilson*
John C. Phillips, Jr. (#110)
David A. Bilson (#4986)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pgmhlaw.com
dab@pgmhlaw.com

*Attorneys for Personal Genome Diagnostics, Inc.*

July 2, 2019