

|  |  |
|---|---|
|  | Fish & Richardson P.C.<br>222 Delaware Avenue<br>17th Floor<br>P.O. Box 1114<br>Wilmington, DE 19899-1114 |
| BY E-FILING |  302 652 5070 main<br>302 652 0607 fax |
| July 19, 2019 |  |
|  | **Susan E. Morrison**<br>Principal<br>morrison@fr.com<br>302 652 8434  direct |
| The Honorable Christopher J. Burke<br>United States District Court<br>844 North King Street<br>Wilmington, DE 19801 |  |

Re: *Guardant Health v. Foundation Medicine*, Case No. 17-CV-1616; and *Guardant Health v. Personal Genome Diagnostics*, Case No. 17-CV-1623: July 22, 2019 Discovery Teleconference Re Motion to Compel

Dear Judge Burke:

I write on behalf of non-party Illumina, Inc. to request permission to attend the July 22, 2019 telephonic discovery conference regarding the motion to compel certain Illumina confidential documents from Plaintiff Guardant Health in the above-referenced cases. Our participation in this hearing would be solely to protect Illumina's rights related to the motion pending before the Court.

We understand that Defendants' July 8, 2019 motion seeks to compel from Guardant Health "confidential Illumina documents or information," among other things. *See* Case No. 17-CV-1616, D.I. 178 at 2. Illumina only recently learned that Guardant Health and/or Illumina's former employee, Dr. Eltoukhy, were in possession of confidential Illumina documents. It is Illumina's position that neither Guardant Health nor Dr. Eltoukhy should have been in possession of those confidential Illumina documents. Those documents, totaling nearly 13,000 pages, were turned over to Illumina by Guardant Health's counsel on Friday, June 27, 2019. Illumina is in the process of reviewing those documents, including for privilege.

To the extent that the Court is going to address the production of confidential Illumina documents during the July 22, 2019 telephonic conference on Defendants' motion to compel, Illumina respectfully requests permission to attend that telephonic conference to assert its rights over those documents, including privilege. We have conferred with counsel for all parties in the above-referenced cases, and none object to Illumina attending the July 22, 2019 telephonic conference.



July 19, 2019
Page 2

Thank you for considering this request.

Respectfully submitted,

*/s/ Susan E. Morrison*

Susan E. Morrison