

August 12, 2019

**VIA E-FILING**
The Honorable Christopher J. Burke
J. Caleb Boggs Federal Building
844 N. King Street
Unit 28, Room 2325
Wilmington, DE 19801

      RE:    *Guardant Health, Inc. v. Foundation Medicine, Inc.*
               C.A. No. 17-cv-1616-LPS-CJB

Dear Judge Burke:

The parties in the above-referenced matter write to request the scheduling of a discovery teleconference.

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer by telephone on the following date: August 8, 2019.

Delaware Counsel: Michael J. Farnan (Plaintiff) and Stephen J. Kraftschik (Defendant)

Lead Counsel: Justin Constant (Plaintiff) and Margaret Ives (Defendant)

The disputes requiring judicial attention are listed below[1]:

1. Whether Plaintiff should be permitted to disclose a limited subset of FMI deposition testimony and corresponding exhibits to PGDx on an outside counsel's eyes only basis.

                            Respectfully submitted,

                            /s/ Michael J. Farnan

                            Michael J. Farnan

cc:    Counsel of Record (via E-File)

---

[1] Plaintiff is also filing a request for a discovery teleconference on a related issue in the related case against Personal Genome Diagnostics, Inc. ("PGDx"), C.A. No. 17-1623. Because the issue involves confidential information that Foundation Medicine, Inc. ("FMI") believes should not be disclosed to PGDx, FMI submits that the issues should be briefed and argued separately. FMI wanted to alert the Court to the related proceeding, however, so that the Court could schedule the proceedings in a manner most convenient for the Court.