IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUARDANT HEALTH, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 17-1616 (LPS) (CJB) |
| | ) |
| FOUNDATION MEDICINE, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |
| GUARDANT HEALTH, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 17-1623 (LPS) (CJB) |
| | ) |
| PERSONAL GENOME DIAGNOSTICS, INC., | ) |
| | ) |
| Defendant. | ) |

**JOINT STATUS REPORT**

Pursuant to the Court's Oral Order (D.I. 191, Case No. 1:17-cv-01616-LPS-CJB) (D.I. 337, Case No. 17-cv-1623-LPS-CJB), Plaintiff Guardant Health, Inc. ("Guardant"), and Defendants Foundation Medicine, Inc. ("FMI") and Personal Genome Diagnostics, Inc. ("PGDx") (together "Defendants") submit this Joint Status Report to the Court. Defendants have met and conferred with Illumina, Inc. ("Illumina") regarding the approximately 51,000 documents that Plaintiff has returned to Illumina.[1] Defendants and Illumina have agreed that any

---

[1] Guardant's counsel was not included in the meet and confer process between Defendants and Illumina, and thus cannot confirm the accuracy of Defendants' assertions. Nor is Guardant aware of the particular details of the procedure Illumina and Defendants have formulated for production of the documents at issue in this status report. Accordingly, Guardant cannot take a position as to the propriety of these procedures, nor can it take a position as to whether these procedures should be applied to discovery of documents from Plaintiff. Defendants only

search will be limited to documents between January 1, 2011 and January 2, 2013. Defendants and Illumina have agreed to the following process for determining search terms and the subsequent production of relevant, non-privileged documents from this category.

- By no later than August 16, 2019, Defendants shall provide Illumina with a list of reasonable search terms. By no later than August 23, 2019, Illumina shall indicate whether it has any objections thereto. If there are no disputes, Illumina shall search the documents in this category utilizing the agreed-upon search terms and date restriction.

- Illumina shall produce relevant, non-privileged documents on a rolling basis. Defendants and Illumina agree to negotiate a reasonable timeframe for production based on the volume of documents.

- If there are further disputes regarding the search terms, Defendants and Illumina shall further meet and confer to attempt to resolve them.

| FARNAN LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| /s/ Brian E. Farnan | /s/ Jeremy A. Tigan |
| Brian E. Farnan (#4089) | Karen Jacobs (#2881) |
| Michael J. Farnan (#5165) | Jeremy A. Tigan (#5239) |
| 919 North Market Street, 12th Floor | 1201 North Market Street |
| Wilmington, DE 19801 | P.O. Box 1347 |
| (302) 777-0300 | Wilmington, DE 19899 |
| bfarnan@farnanlaw.com | (302) 658-9200 |
| mfarnan@farnanlaw.com | kjacobs@mnat.com |
| | jtigan@mnat.com |
| *Attorneys for Guardant Health, Inc.* | |
| | *Attorneys for Foundation Medicine, Inc.* |

---

provided a draft of this status report to Guardant's counsel at 7:20 pm ET on August 14, 2019, the day it was due, preventing a timely filing.

2

| | |
|---|---|
| PHILLIPS, GOLDMAN, MCLAUGHLIN & HALL, P.A. | FISH & RICHARDSON, P.C. |
| */s/ John C. Phillips, Jr.* | */s/Susan E. Morrison* |
| John C. Phillips, Jr. (#110) | Susan E. Morrison (#4690) |
| David A. Bilson (#4986) | 222 Delaware Avenue, 17th Floor |
| 1200 North Broom Street | P.O. Box 1114 |
| Wilmington, DE  19806 | Wilmington, DE 19899-1114 |
| (302) 655-4200 | (302) 652-8434 |
| jcp@pgmhlaw.com | morrison@fr.com |
| dab@pgmhlaw.com | |
| | *Attorneys for Non-Party Illumina, Inc.* |
| *Attorneys for Personal Genome Diagnostics, Inc.* | |