# EXHIBIT A

**REDACTED**

# EXHIBIT B

**REDACTED**

# EXHIBIT C

**REDACTED**

# EXHIBIT D

**REDACTED**

# Exhibit E

| | |
|---|---|
| **From:** | Edgarton, G. Mark. <gedgarton@choate.com> |
| **Sent:** | Wednesday, October 9, 2019 7:23 AM |
| **To:** | Constant, Justin |
| **Cc:** | Guardant Health II Service; Walter, Derek; FM-GuardantService; Ives, Margaret E. |
| **Subject:** | RE: GH v. FMI: Davis Reliance |

Justin:

I write in response to your email below and our meet and confer call on October 3 regarding Guardant's threatened motion to strike. As we indicated to you on our call, we do not believe that Guardant has been prejudiced in these circumstances because, among other things, Dr. Becker had sufficient time to review the Davis report and the three documents you cite below and to respond to them in his reply report, and Guardant had the opportunity to depose Ms. Davis regarding all of these issues.

Moreover, this situation arose because Guardant failed to properly respond to FMI's Interrogatory No. 13 during fact discovery and failed to disclose what it now contends are relevant facts regarding its damages claim until expert discovery. Interrogatory No. 13 asked Guardant to "identify each and every theory or category of lost profits damages (e.g., market share approach, price erosion, lost profits on convoyed sales, etc.) to which you believe you are entitled, describe in detail the factual and legal bases for each different theory or category of damages that you seek, identify all products that you believe you would have sold but for FMI's alleged infringement, identify all facts and documents of which you are aware that relate to each of the factors identified in *Panduit v. Stahlin Bros.*, 575 F.2d 1152, 1156 (6th Cir. 1978)…" Guardant's interrogatory response made no mention of billing practices or reimbursement strategies. It also did not identify its reasoning or provide facts supporting its claim for lost profits from the biopharmaceutical segment of its revenue.

████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████

Notwithstanding the above, and in the interest of avoiding unnecessary motion practice regarding this motion to strike, we will make ███████████████████ available for short and limited depositions so that Guardant has an opportunity to obtain their testimony regarding the topics they discussed with Ms. Davis now – at least 7 months before trial. If scheduling permits, Guardant can depose all of these witnesses on a single day. This is the idea that Meg suggested when you first raised this issue with her on September 13 – weeks before Ms. Davis' deposition – when she confirmed that FMI would not withdraw any portion of the Davis report regarding these issues. You told her then that you would discuss it with the team to determine whether the team wanted to take the depositions. Please let us know this week whether Guardant would like to depose these witnesses.

Lastly, on our call you made a reference to another witness cited in Dr. Benson's report who was not identified during fact discovery. Dr. Gary Benson's report referred to a collective discussion with ███████████ ████████████████████████ Although ██████████ was not identified on FMI's initial disclosures, ██████████████████████████. Dr. Benson did not rely on ██████████ to

provide information that was not also provided by ██████████████   We also confirm that ██████
will not be called as a witness at trial.

Regards,
Mark

G. Mark Edgarton

**CHOATE**

Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
t 617-248-5101
f 617-248-4000
medgarton@choate.com
www.choate.com

**From:** Walter, Derek <Derek.Walter@weil.com>
**Sent:** Wednesday, October 2, 2019 12:18 PM
**To:** Ives, Margaret E. <mives@choate.com>; Constant, Justin <Justin.Constant@weil.com>; FM-GuardantService <FM-GuardantService@choate.com>
**Cc:** Guardant Health II Service <Guardant.Health.II.Service@weil.com>
**Subject:** RE: GH v. FMI: Davis Reliance

**\*\*External Email\*\***

Meg, we can do Thursday at 4 PM ET.  We can use the following dial-in:

1-888-235-7501
6508023934

**From:** Ives, Margaret E. <mives@choate.com>
**Sent:** Tuesday, October 1, 2019 6:03 PM
**To:** Constant, Justin <Justin.Constant@weil.com>; FM-GuardantService <FM-GuardantService@choate.com>
**Cc:** Guardant Health II Service <Guardant.Health.II.Service@weil.com>
**Subject:** RE: GH v. FMI: Davis Reliance

Justin,

I am unavailable for a meet and confer tomorrow, but am available on Thursday after 4pm ET.

Best,

Meg

Margaret E. Ives

**CHOATE**

Choate, Hall & Stewart LLP
Two International Place

Boston, MA 02110
t 617-248-4907
f 617-248-4000
mives@choate.com
www.choate.com

**From:** Constant, Justin <Justin.Constant@weil.com>
**Sent:** Tuesday, October 1, 2019 8:25 PM
**To:** FM-GuardantService <FM-GuardantService@choate.com>
**Cc:** Guardant Health II Service <Guardant.Health.II.Service@weil.com>
**Subject:** GH v. FMI: Davis Reliance

**\*\*External Email\*\***

Counsel,
As Ed stated at Julie Davis's deposition, Guardant objects to her reliance on multiple undisclosed witnesses and documents produced in an untimely way.  This includes Ms. Davis's reliance on discussions with ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮   These individuals were not identified to Guardant nor made available for deposition.  Further, FMI's untimely September 6, 2019 production was relied upon by Ms. Davis, including FM1616-00513914, FM1616-00513915, and FM161600513883-907 for her opinions.  Guardant intends to move to strike this reliance from her report.

Please let us know when you are available for a meet and confer tomorrow.
Sincerely,
Justin



**Justin L. Constant**

Weil, Gotshal & Manges LLP
700 Louisiana, Suite 1700
Houston, TX 77002-2755
justin.constant@weil.com
+1 713 546 5217 Direct
+1 832 331 3717 Mobile
+1 713 224 9511 Fax

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.

Choate Hall & Stewart LLP Confidentiality Notice:
This message is transmitted to you by or on behalf of the law firm of Choate, Hall & Stewart LLP. It is intended exclusively for the individual or entity to which it is addressed. The substance of this message, along with any attachments, may contain information that is proprietary, confidential and/or legally privileged or otherwise legally exempt from disclosure. If you are not the designated

recipient of this message, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please destroy and/or delete all copies of it and notify the sender of the error by return e-mail or by calling 1-617-248-5000.

For more information about Choate, Hall & Stewart LLP, please visit us at choate.com

---

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.

---

Choate Hall & Stewart LLP Confidentiality Notice:

This message is transmitted to you by or on behalf of the law firm of Choate, Hall & Stewart LLP. It is intended exclusively for the individual or entity to which it is addressed. The substance of this message, along with any attachments, may contain information that is proprietary, confidential and/or legally privileged or otherwise legally exempt from disclosure. If you are not the designated recipient of this message, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please destroy and/or delete all copies of it and notify the sender of the error by return e-mail or by calling 1-617-248-5000.

For more information about Choate, Hall & Stewart LLP, please visit us at choate.com

---

# EXHIBIT F

**REDACTED**

# EXHIBIT G

# REDACTED