IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GUARDANT HEALTH, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 17-1616 (LPS) (CJB) |
| | ) | |
| FOUNDATION MEDICINE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR SANCTIONS BASED ON SPOLIATION OF EVIDENCE

Defendant Foundation Medicine, Inc. ("FMI") respectfully moves for sanctions based on

Plaintiff Guardant Health, Inc.'s spoliation of evidence.  The grounds for this motion are set forth

in FMI's Opening Brief, submitted herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

Karen Jacobs (#2881)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
kjacobs@mnat.com
jtigan@mnat.com

*Attorneys for Foundation Medicine, Inc.*

OF COUNSEL:

Eric J. Marandett
G. Mark Edgarton
Sophie F. Wang
Diane Seol
John C. Calhoun
Xing-Yin Ni
CHOATE HALL & STEWART LLP
Two International Place
Boston, MA  02110
(617) 248-5000

September 24, 2020

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

GUARDANT HEALTH, INC.,    )
             )
   Plaintiff,     )
             )
  v.        )  C.A. No. 17-1616 (LPS) (CJB)
             )
FOUNDATION MEDICINE, INC.,  )
             )
   Defendant.   )

**[PROPOSED ORDER]**

WHEREAS, on September 24, 2020, Defendant Foundation Medicine, Inc. ("FMI") has filed a Motion for Sanctions based on Spoliation of Evidence (the "Motion"); and

WHEREAS, having considered the Motion, and for good cause shown, the Court finds that Plaintiff Guardant Health, Inc. ("Guardant") has engaged in spoliation of evidence and awards the following sanctions:

1. Judgment is entered in favor of FMI and against Guardant that the patents-in-suit (U.S. Patent Nos. 9,598,731; 9,834,822; 9,840,743; and 9,902,992) are unenforceable and invalid.

2. Guardant will pay FMI for the reasonable fees and costs FMI incurred in connection with these disputes.

3. Guardant will pay $6,000,000 as punitive sanctions.

4. [In the alternative, the Court will permit an adverse inference against Guardant based on its destruction of evidence. FMI shall file a proposed jury instruction within ten days of this Order.]

5. [In the alternative, FMI shall be permitted to provide expert testimony on the subject of the spoliation.]

Dated: _____   _____
              United States District Judge

## 7.1.1 CERTIFICATION

I hereby certify that a reasonable effort has been made to reach agreement with Plaintiff on the matters set forth in this motion, including oral communication between the parties' respective Delaware counsel, and that the parties were unable to reach agreement.

*/s/ Jeremy A. Tigan*

_____

Jeremy A. Tigan (#5239)

**CERTIFICATE OF SERVICE**

I hereby certify that on September 24, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on September 24, 2020, upon the following in the manner indicated:

Joseph J. Farnan, Jr.                                   *VIA ELECTRONIC MAIL*
Michael J. Farnan
Brian E. Farnan
FARNAN LLP
919 North Market Street, 12th Floor
Wilmington, DE  19801
*Attorneys for Plaintiff Guardant Health, Inc.*

                                                        *VIA ELECTRONIC MAIL*
Edward R. Reines
Derek C. Walter
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065
*Attorneys for Plaintiff Guardant Health, Inc.*

                                                        *VIA ELECTRONIC MAIL*
Justin L. Constant
Doug W. McClellan
WEIL, GOTSHAL & MANGES LLP
700 Louisiana, Suite 1700
Houston, TX  77002-2755
*Attorneys for Plaintiff Guardant Health, Inc.*

Michael Hendershot                                      *VIA ELECTRONIC MAIL*
JONES DAY
1755 Embarcadero Road
Palo Alto, CA  94303
*Attorneys for Plaintiff Guardant Health, Inc.*


                                        /s/ Jeremy A. Tigan
                                        Jeremy A. Tigan (#5239)