IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GUARDANT HEALTH, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 17-1616 (LPS) (CJB) |
| | ) | |
| FOUNDATION MEDICINE, INC., | ) | **REDACTED - PUBLIC VERSION** |
| | ) | |
| Defendant. | ) | |

### FOUNDATION MEDICINE INC.'S APPENDIX IN SUPPORT OF
### MOTION FOR SANCTIONS BASED ON SPOLIATION OF EVIDENCE

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | Karen Jacobs (#2881) |
| | Jeremy A. Tigan (#5239) |
| | 1201 North Market Street |
| | P.O. Box 1347 |
| | Wilmington, DE  19899 |
| | (302) 658-9200 |
| | kjacobs@mnat.com |
| OF COUNSEL: | jtigan@mnat.com |
| | |
| Eric J. Marandett | *Attorneys for Foundation Medicine, Inc.* |
| G. Mark Edgarton | |
| Sophie F. Wang | |
| Diane Seol | |
| John C. Calhoun | |
| Xing-Yin Ni | |
| CHOATE HALL & STEWART LLP | |
| Two International Place | |
| Boston, MA  02110 | |
| (617) 248-5000 | |

**Original Filing Date: September 24, 2020**
**Redacted Filing Date: October 5, 2020**

## INDEX TO APPENDIX

| Exhibit Number | Date | Document Description | Appendix Page Numbers |
|---|---|---|---|
| 1 | September 24, 2020 | Declaration of Jeremy A. Tigan in Support of Foundation Medicine, Inc.'s Motion for Sanctions Based on Spoliation of Evidence | A001 |
| 2 | August 22, 2011 | GUARDFM00932864<br>Eltoukhy Deposition Exhibit 66 | A002 |
| 3 | September 19, 2011 | GUARDFM00912784-GUARDFM00912788 | A003-A007 |
| 4 | September 26, 2011 | GUARDFM00912819 | A008 |
| 5 | October 13, 2011 | GUARDFM00914678-GUARDFM00914688 | A009-A019 |
| 6 | October 14, 2011 | GUARDFM00932893<br>Eltoukhy Deposition Exhibit 64 | A020 |
| 7 | December 5, 2011 | GUARDFM00913175-GUARDFM00913194 | A021-A040 |
| 8 | January 4, 2012 | GUARDFM00918876-GUARDFM00918877 | A041-A042 |
| 9 | March 14, 2012 | GUARDFM00912015-GUARDFM00912021 | A043-A049 |
| 10 | May 24, 2012 | GUARDFM00913538-GUARDFM00913541 | A050-A053 |
| 11 | June 1, 2012 | GUARDFM00913784-GUARDFM00913788 | A054-A058 |
| 12 | June 27, 2012 | GUARDFM00913977-GUARDFM00913979<br>Eltoukhy Deposition Exhibit 71 | A059-A061 |
| 13 | June 27, 2012 | GUARDFM00933411 | A062 |
| 14 | June 27, 2012 | GUARDFM00908601 | A063 |
| 15 | June 27, 2012 | GUARDFM00913977-GUARDFM00913979 | A064-A066 |
| 16 | June 28, 2012 | GUARDFM00908602 | A067 |
| 17 | June 28, 2012 | GUARDFM00913980-GUARDFM00913982<br>Eltoukhy Deposition Exhibit 72 | A068-A070 |
| 18 | July 5, 2012 | GUARDFM00929064-GUARDFM00929066 | A071-A073 |
| 19 | July 23, 2012 | GUARDFM00910113-GUARDFM00910115 | A074-A076 |
| 20 | July 23, 2012 | GUARDFM00914093 | A077 |

| Exhibit Number | Date | Document Description | Appendix Page Numbers |
|---|---|---|---|
| 21 | July 23, 2012 | GUARDFM00908624 | A078 |
| 22 | July 24, 2012 | GUARDFM00933504 | A079 |
| 23 | July 24, 2012 | GUARDFM00933505 | A080 |
| 24 | July 29, 2012 | GUARDFM00914102 | A081 |
| 25 | August 4, 2012 | GUARDFM00933524 | A082 |
| 26 | August 27, 2012 | GUARDFM00903311-GUARDFM00903313 | A083-A085 |
| 27 | April 8, 2019 | Excerpts of the Deposition Transcript of Helmy Eltoukhy, Ph.D. in *Guardant Health, Inc. v. Foundation Medicine, Inc.*, C.A. No. 17-1616-LPS-CJB | A086-A132 |
| 28 | April 15, 2019 | Foundation Medicine's Third Set of Requests for Production of Documents and Things to Plaintiff Guardant Health, Inc. | A133-A146 |
| 29 | April 30, 2019 | Excerpts of the Deposition Transcript of AmirAli Talasaz, Ph.D. in *Guardant Health, Inc. v. Foundation Medicine, Inc.*, C.A. No. 17-1616-LPS-CJB | A147-A159 |
| 30 | May 1, 2019 | Excerpts of the Deposition Transcript of AmirAli Talasaz, Ph.D. in *Guardant Health, Inc. v. Foundation Medicine, Inc.*, C.A. No. 17-1616-LPS-CJB | A160-A185 |
| 31 | May 13, 2019 | GUARDFM00875677-GUARDFM00875834 Declaration of Dr. Helmy Eltoukhy | A186-A343 |
| 32 | May 15, 2019 | Guardant Health, Inc.'s Responses and Objections to Foundation Medicine, Inc.'s Second Set of Interrogatories (Nos. 3-13) | A344-A365 |
| 33 | August 5, 2019 | Transcript of the Discovery Dispute Teleconference in *Guardant Health, Inc. v. Foundation Medicine, Inc.*, C.A. No. 17-1616-LPS-CJB and *Guardant Health, Inc. v. Personal Genome Diagnostics, Inc.*, C.A. No. 17-1623-LPS-CJB | A366-A378 |
| 34 | September 6, 2019 | Excerpts of the Rebuttal Expert Report of Gregory Cooper, Ph.D., in *Guardant Health, Inc. v. Foundation Medicine, Inc.*, C.A. No. 17-1616-LPS-CJB | A379-A388 |

| Exhibit Number | Date | Document Description | Appendix Page Numbers |
|---|---|---|---|
| 35 | November 25, 2019 | Email Correspondence between Counsel for Guardant Health, Inc. and Counsel for Foundation Medicine, Inc. Regarding "RE: Guardant Health v. Foundation Medicine/PGDx (1:17-cv-01616-LPS-CJB; 1:18-cv-01623-LPS-CJB): Defendants' Proposed Search Terms" | A389-A482 |
| 36 | December 9, 2019 | Transcript of the Discovery Dispute Teleconference in *Guardant Health, Inc. v. Foundation Medicine, Inc.*, C.A. No. 17-1616-LPS-CJB and *Guardant Health, Inc. v. Personal Genome Diagnostics, Inc.*, C.A. No. 17-1623-LPS-CJB | A483-A494 |
| 37 | April 28, 2020 | Email Correspondence between Counsel for Guardant Health, Inc. and Counsel for Foundation Medicine, Inc. Regarding "RE: Guardant v. FMI/PGDx: Bodiless Emails" | A495-A500 |
| 38 | September 18, 2020 | Excerpts of the Deposition Transcript of Helmy Eltoukhy, Ph.D. in *Guardant Health, Inc. v. Foundation Medicine, Inc.*, C.A. No. 17-1616-LPS-CJB | A501-A554 |
| 39 | September 22, 2020 | Delete or recover deleted Gmail messages - Computer - Gmail Help, https://support.google.com/mail/answer/7401?hl=en, accessed September 22, 2020 | A555 |
| 40 | March 10, 2020 | Email Correspondence between Counsel for Guardant Health, Inc. and Counsel for Foundation Medicine, Inc. Regarding "RE: Eltoukhy Depo & Illumina" | A556-A561 |
| 41 | March 13, 2020 | Email Correspondence between Counsel for Guardant Health, Inc. and Counsel for Foundation Medicine, Inc. Regarding "GH v. PGDx/FMI: Dr. Eltoukhy Deposition" | A562 |
| 42 | July 22, 2020 | Email Correspondence between Counsel for Guardant Health, Inc. and Counsel for Foundation Medicine, Inc. Regarding "RE: Eltoukhy deposition" | A563-A564 |
| 43 | August 11, 2020 | Email Correspondence between Counsel for Guardant Health, Inc. and Counsel for Foundation | A565-A567 |

| Exhibit Number | Date | Document Description | Appendix Page Numbers |
|---|---|---|---|
|  |  | Medicine, Inc. Regarding "RE: Eltoukhy deposition" |  |
| 44 | September 3, 2020 | Email Correspondence between Counsel for Guardant Health, Inc. and Counsel for Foundation Medicine, Inc. Regarding "Re: Guardant Health, Inc. v. Foundation Medicine, Inc., 17-cv-1616 - Helmy Eltoukhy Deposition" | A568-A569 |
| 45 | September 4, 2020 | Email Correspondence between Counsel for Guardant Health, Inc. and Counsel for Foundation Medicine, Inc. Regarding "RE: Guardant Health, Inc. v. Foundation Medicine, Inc., 17-cv-1616 - Helmy Eltoukhy Deposition" | A570-A572 |

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 24, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on September 24, 2020, upon the following in the manner indicated:

| | |
|---|---|
| Joseph J. Farnan, Jr.<br>Michael J. Farnan<br>Brian E. Farnan<br>FARNAN LLP<br>919 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>*Attorneys for Plaintiff Guardant Health, Inc.* | *VIA ELECTRONIC MAIL* |
| Edward R. Reines<br>Derek C. Walter<br>WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>*Attorneys for Plaintiff Guardant Health, Inc.* | *VIA ELECTRONIC MAIL* |
| Justin L. Constant<br>Doug W. McClellan<br>WEIL, GOTSHAL & MANGES LLP<br>700 Louisiana, Suite 1700<br>Houston, TX 77002-2755<br>*Attorneys for Plaintiff Guardant Health, Inc.* | *VIA ELECTRONIC MAIL* |
| Michael Hendershot<br>JONES DAY<br>1755 Embarcadero Road<br>Palo Alto, CA 94303<br>*Attorneys for Plaintiff Guardant Health, Inc.* | *VIA ELECTRONIC MAIL* |

                                                */s/ Jeremy A. Tigan*
                                                Jeremy A. Tigan (#5239)