# EXHIBIT 1

**STROZ FRIEDBERG**
an Aon company

# CURRICULUM VITAE

## Sergio D. Kopelev

Vice-President

Los Angeles, CA

E  sergio.kopelev@strozfriedberg.com

T  +1 310.623.3276

1925 Century Park East, Suite 1350  |  Los Angeles, CA 90067

### SUMMARY

Sergio Kopelev is a Vice President in Stroz Friedberg's (an Aon company) Los Angeles office, where he directs engagements involving cybercrime and data breach response, digital forensics, intellectual property protection, and electronic discovery. He is experienced in forensic examinations of digital evidence, as well as in advising companies through electronic discovery challenges domestically and abroad. A frequent lecturer and writer on the topic of electronic discovery, Sergio has published articles in the *Los Angeles Daily Journal* and the *Nevada Lawyer*, and has also been interviewed on CNN, National Public Radio, and by the Los Angeles Times as an industry expert in computer forensics. He has provided testimony and offering expert reports in jurisdictions across the US.  Prior to joining Stroz, Sergio was senior director with Consilio / Huron Legal, a principal with LECG, as well as a senior manager, director and regional practice leader with Deloitte and KPMG accounting firms, after working for 8 years in law enforcement, culminating with the rank of sergeant with the Bedford County, Virginia Sheriff's Department where he organized and supervised a multi-agency Internet crimes taskforce called "Operation Blue Ridge Thunder." Sergio is a summa cum laude graduate of the University of Massachusetts (Boston) with a Bachelors of Arts degree from the College of Public and Community Service.

Sergio is a specialist in the following services:

- Electronic discovery issues in connection with large-scale litigation, such as SEC investigations, class action litigations, etc.
- Forensic acquisition and analysis of various types of digital media, including hard drives, RAID Arrays, CDs, diskettes, etc.
- Analysis of mobile devices such as smart phones and tablets.
- Recovery of previously deleted data
- Analysis of email communications
- Examination of Internet activities, such as web browsing and newsgroup activities
- Conducting reactive and proactive Internet investigations

### LANGUAGES

Speaks, Reads and Writes Native English.
Speaks and Reads fluent Russian.

# STROZ FRIEDBERG
an Aon company

## CURRICULUM VITAE

**PROFESSIONAL EXPERIENCE**

*Private Sector*

Led the electronic discovery team in the 70 billion dollar revenue restatement effort for the largest financial fraud in the telecommunications industry. Through innovative use of existing computer forensic/ electronic discovery tools and the development of custom project software, was able to reduce critical search times from being measured in weeks to being measured in hours. The team's performance was heralded by the leadership of the project as being the key reason for the meeting of critical deadlines.

Led several critically successful multi-national document review teams spanning the United States, Europe and Asia using the Relativity document review platform. Developed review methodologies optimized for speed and accuracy of the review. Managed every facet of the projects including collections, processing, review, QC, and productions.

Led an extensive two-month international investigation into the theft of critical marketing information from one of the world's leading high technology component manufactures. Directly supervised teams in the United States, Germany and Russian Federation, as well as directed the investigative strategy with both general and outside counsels. Investigation resulted in the identification of the compromised information and of the individuals responsible. Was able to coordinate with US and foreign law enforcement agencies in an effort to take enforcement action against the identified perpetrators.

Led an international computer forensics and electronic discovery team for an internal investigation, spanning the United States, Great Britain and India, dealing with possible violations of the US Foreign and Corrupt Practices Act, and allegations of money laundering by one of the largest privately held companies in the world.

Supported the recovery of critical data for a major publicly traded transportation service provider that was deleted by a group of six former employees upon their resignation. In follow-up, successfully supported the company in obtaining a TRO against a competitor formed by the six former employees.

For an international manufacturing company, identified an individual using his company's computer network to send sexually explicit email messages to minors. Using traditional computer forensic techniques and live network forensics was able to identify the individual responsible. Interviewed the individual and was able to obtain a full confession and a written statement. Successfully counseled and assisted the company with reducing their liability stemming from the incident.

Assisted a Fortune 10 company with responding to an internal customer data compromise, where a recently dismissed employee allegedly hacked an application for which he was responsible to send customer personal information to his home email address. Lead the team that conducted the computer forensic investigation, as well as the forensic analysis of the database data, to determine what customer data was compromised and what the nature of that compromise was.

Led the incident response team investigating a suspected computer intrusion of the IT systems for a regional bank. Was able to assist the bank with forensically identifying the risk of customer data being compromised, investigation definitively determined that no intrusion took place and no customer information was actually compromised, so no public notification was required.

**STROZ FRIEDBERG**
an Aon company

# CURRICULUM VITAE

Led a critically successful electronic discovery effort for the collection and preservation, examination and production of data for over 30 custodians, from personal computers, file shares, group shares, live exchange environment, and numerous back-up sets for an SEC investigation of a major US health care organization.

Created and developed four fully operational, computer forensic programs and laboratories (three private-sector companies and one government agency) and trained the staffs on proper computer forensic methodologies. Assisted with development of policies and procedures with anticipation of meeting future ASCLD laboratory certification guidelines.

Personally performed and lead the collection, processing, review and analysis of data from over 100 custodians in Philippines, Taiwan, and Korea.

*Law-Enforcement*

As a Sergeant with the Bedford County, Virginia Sheriff's Department organized and supervised a multi-agency Internet crimes taskforce. Received numerous commendations for the leadership of the taskforce.

While in law enforcement, conducted and supervised a number of high-profile, high-technology investigations that resulted in a variety of successful prosecutions. These included the prosecution of a governor's chief of staff from Martinsburg, WV, an operator of day care centers from Boston, MA and a U.S. Border Patrol Officer from the San Diego, CA area.

Has worked and supervised high technology cases with the Federal Bureau of Investigation, Drug Enforcement Administration, U.S. Custom Service, U.S. Office of the Inspector General, U.S. Postal Inspection Service, Virginia State Police, New York State Police, Illinois State Police, Massachusetts State Police, West Virginia State Police, Florida Department of Law Enforcement, and New York City Police Department.

**PUBLICATIONS**

March 03, 2011 (with Laurie L. Levenson, Jonathan N. Rosen and Sherri L. Schornestein). Tapping the Veins of Social Networks. American Bar Association White Collar Institute Course Materials, pp. 5-12.

Winter 2007. ESI–Narrowing the Focus. *IACIS Newsletter*, Issue 3, pp. 4-8.

October 31, 2007. Digital Digging. *San Francisco Daily Journal* (Vol. 120, No. 211) p.7.

October 31, 2007. Digital Digging. *Los Angeles Daily Journal* (Vol. 113, No. 211) p.7.

October 2006 (with Michael Bandemer). You want me to do what? – A practical Look at the question of proper preservation of electronic evidence in today's business litigation environment. *Nevada Lawyer* (Vol. 14, No. 10), pp. 24-25.

May 2000. Correction Technology Today and Tomorrow. *Law Enforcement Technology Magazine* (Vol. 27, No. 5), pp. 24-28. **COVER ARTICLE**

April 2000. Are Your Computers Protected? *Law Enforcement Technology Magazine* (Vol. 27, No. 4), pp. 18-22. **COVER ARTICLE**

**STROZ FRIEDBERG**
an Aon company

CURRICULUM VITAE

January 2000. Cracking Computer Codes. *Law Enforcement Technology Magazine* (Vol. 27, No. 1), pp. 60-67.

November 1999. Cyber sex offenders. *Law Enforcement Technology Magazine* (Vol. 26, No. 11), pp. 46-50.

**EDUCATION**

BA **summa cum laude,** University of Massachusetts (Boston)
MFA, Hollins University.

**CERTIFICATIONS**

- AccessData Certified Examiner (ACE) – AccessData, August 2009
- EnCase Certified Examiner (EnCE) - Guidance Software, January 2003 (Expiration January 22, 2021).
- Certified PDA Examiner (CPDAE) - Paraben Corporation, May 2002
- Certified Forensic Computer Examiner (CFCE) - International Association of Computer Investigative Specialists, February 2001
- Certified Electronic Evidence Collection Specialist (CEECS) - International Association of Computer Investigative Specialists, May 1999 (current)

**AWARDS AND HONORS**

| | | |
|---|---|---|
| 2009 | Outstanding Officer Award (Ranked #1 in the Class) | |
| | Modular Academy Class 6R — Orange County Sheriff's Department Academy | |
| 2009 | Class President | |
| | Modular Academy Class 6R — Orange County Sheriff's Department Academy | |
| 2004 | Letter of Commendation – MCI Restatement | |
| | Deloitte & Touche | |
| 2003 | Outstanding Performance Award – MCI Restatement | |
| | Deloitte & Touche | |
| 2003 | Certificate of Appreciation | |
| | Association of Government Accountants. | |
| 1999 | Commendation Award – Operation Clean Sweep '99 | |
| | Bedford County Sheriff's Department | |
| 1999 | Letter of Commendation – US v. Charles Cook | |
| | U.S. Department of Justice, US. Attorney for Southern District of California | |
| 1999 | Letter of Commendation – Internet Crimes Against Children Undercover School | |
| | Florida Department of Law Enforcement | |
| 1999 | Letter of Commendation – Internet Crimes Training | |
| | Virginia Police Chief's Foundation | |
| 1999 | Letter of Commendation – Technical Assistance | |
| | Ministry of Internal Affairs, Republic of Moldova | |
| 1999 | Letter of Commendation – Commonwealth v. Gary S. Gustavson | |
| | The Commonwealth of Massachusetts Office of the Attorney General | |
| 1999 | Letter of Appreciation | |

**STROZ FRIEDBERG**
an Aon company

## CURRICULUM VITAE

|      |      |
|------|------|
| | Sex Offender Program Action Committee |
| 1998 | Letter of Commendation – Online Investigation |
| | City of Buena Vista Police Department, Buena Vista, Virginia |
| 1998 | Letter of Commendation –Undercover Operation |
| | Alhambra Police Department, Alhambra, California |
| 1998 | Letter of Commendation – Undercover Operation |
| | Escondido Police Department, Escondido, California |
| 1998 | Letter of Commendation – Operation Crackdown |
| | Bedford County Sheriff's Department |
| 1998 | Letter of Commendation – Operation Blue Ridge Thunder Grant |
| | U.S. Department of Justice, US. Attorney for Western District of Virginia |
| 1997 | Certificate of Appreciation – Domestic Drug Interdiction |
| | Multijurisdictional Counterdrug Task Force Training Center |
| 1997 | Letter of Commendation |
| | United States Senate |
| 1997 | Honor Graduate (Ranked #1 in the Class) |
| | 80th Basic Law Enforcement School – Central Shenandoah Criminal Justice Training Center |
| 1996 | Commendation Award – Life Saving |
| | Liberty University Police Department / Emergency Services |

**PRESENTATIONS**

*Private Sector presentations:*

- Electronic Evidence MCLE.  Abir Cohen Treyzon Salo, LLP, Century City, CA (April 2018).

- Investigative Perspective on E-Discovery. Whittier Law School E-Discovery Symposium, Costa Mesa, CA (April 2013).

- Collecting from the Cloud (Panelist). AccessData User Conference, Las Vegas, NV (May 2012).

- Metadata - What is all the Hubbub About? Association of Corporate Counsel, Webinar (March, 2012).

- Rise of the Curtain: Social Networks and Protection of Children on the Internet.  Whittier Law School, Whittier, CA (October 2011).

- Litigation Nuptials: The marriage of Electronic Discovery and Computer Forensics.  AccessData User Conference, Las Vegas, NV (May 2011).

- Data Mining Social Networking Sites: Investigative and Evidentiary Issues (Panelist). American Bar Association White Collar Institute, San Diego, CA (March 2011).

- Social Networking and its Uses in Investigations.  ISACA Orange County, Orange, CA (March 2011)

- Web Privacy 101. Junior League of Orange County (December 2010).

- Investigating in Cyberspace: Emerging Issues with Digital Evidence.  ISACA Orange County, Orange, CA (September 2010).

- Metadata – What is all the Hubbub about? Women in eDiscovery, San Diego, CA (April 2010).

- Metadata – What is all the Hubbub about? JAMS Cadre, Orange, CA (November 2009).

**STROZ FRIEDBERG**
an Aon company

## CURRICULUM VITAE

- Keeping Yourself Safe in a Digital World. International Women's Insolvency & Restructuring Confederation, San Diego, CA (November 2009).

- Metadata - What is all the Hubbub About? Legal Tech West, Los Angeles, CA (June 2009).

- Internet Ponzi Schemes: There is No Good, Just the Bad and the Ugly. California Bankruptcy Forum, Indian Wells, CA (May 2008).

- Computer Forensics and Electronic Discovery. Nevada State Bar Educational Series, Las Vegas, NV (August 2006).

- Computer Forensics and Electronic Discovery. Nevada State Bar Educational Series, Reno, NV (August 2006).

- Advanced Identity Theft and Cons. ISACA Orange County, Orange, CA (February 2006).

- Computer Forensics Panel. Legal-Tech West, Los Angeles, CA (June 2005).

- Business Risk Roundtable. Public / Private Partnership chaired by the Mayor of Moscow, Moscow, Russia (November 2004).

- Fraud Detection in the 21st Century. Deloitte CIS Breakfast Series, Moscow, Russia (November 2004).

- Corporate Governance. Deloitte CIS Breakfast Series, Moscow, Russia (November 2004

- Computer Forensics Panel. RSA Europe 2004 Conference, Barcelona, Spain (November 2004).

- The Use of Computer Forensics in Fraud Investigations. California Association of Fraud Investigators, Pomona CA (September 2004).

- Computer Forensics. Society for Human Resources Management, Honolulu HI (July 2004).

- Electronic Discovery in a Virtual Environment. Southeast Cybercrime Summit 2004, Atlanta GA (March 2004).

- Computer Forensics & Electronic Discovery. Orange County Bar Association, Employment Section, Newport Beach CA (May 2003).

- Investigating on the IRC. Southern California High-Technology Crime Investigators Association Training Conference, Los Angeles, CA (March 2003)

- Computer Forensics. Association of Government Accountants Educational Conference, Los Angeles CA (Feb. 2003).

- Identity Theft and Fraud. Discover Card International Annual Conference, Century City, CA (Jan. 2003).

- Search and Seizure of Digital Evidence. Digital Evidence and Computer Forensics for Attorneys Conference, San Diego CA (Jan. 2003).

- Computer Forensics. San Diego City Audit Division Retreat, San Diego CA (Jan. 2003)

- Computer Forensics. North County Bar Association, San Diego CA (May 2001).

Developed a program (electronic discovery and computer forensics) that has been approved by the California State Bar for mandatory continual legal education (MCLE) credit and presented it to a number of law firms in Southern California.

**STROZ FRIEDBERG**
an Aon company

## CURRICULUM VITAE

Has taught scores of high technology crime and computer forensic courses and seminars. Developed a groundbreaking three-day training program on undercover computer investigations.

**PERTINENT TRAINING**

- Enfuse 2018 Conference, Guidance Software, May 2018.
- Enfuse 2017 Conference, Guidance Software, May 2017.
- Enfuse 2016 Conference, Guidance Software, May 2016.
- CEIS 2015 Conference, Guidance Software, May 2015.
- Encase v7 Transition Course, Guidance Software, January 2014.
- CEIS 2013 Conference, Guidance Software, May 2013.
- Advanced Internet Forensics. International Association of Computer Investigative Specialists (IACIS), May 2011.
- 25th National Institute on White Collar Crime, American Bar Association, March 2011.
- Advanced Windows Forensic Examiner, International Association of Computer Investigative Specialists (IACIS), May 2010.
- Live Memory and Vista Analysis Advanced Training, International Association of Computer Investigative Specialists (IACIS), May 2008.
- System Forensics, Investigation and Response, SANS Institute, August 2007.
- CEIS 2006 Conference, Guidance Software, May 2006.
- RSA Conference Europe 2004, RSA Security, November 2004.
- Thirteenth Annual RSA Conference 2004, RSA Security, February 2004.
- Advanced Incident Response - Forensic Analysis and Discovery (12 hours - partial), Guidance Software, February 2004.
- Hacker Techniques, Exploits and Incident Handling, SANS Institute, November 2003.
- International Association of Computer Investigative Specialists (IACIS) Advanced Linux and Unix Forensic Training, May 2003.
- EnCase Advanced Computer Forensics Training, Guidance Software, December 2002.
- Southern California High Technology Crime Investigators (HTCIA) Association Training Conference, June 2002.
- International Association of Computer Investigative Specialists (IACIS) Advanced Computer Forensics Tools Training (EnCase Software & Paraben PDA Seizure Software), April 2002.
- International Association of Computer Investigative Specialists (IACIS) Advanced Forensic Network Essentials Training, May 2002.
- Silicon Valley High Technology Crime Investigators (HTCIA) Association, Annual Training, May 2001.
- San Diego High Technology Crime Investigators (HTCIA) Association, Annual Training, November 2000.
- University of Arkansas Criminal Justice Institute Internet Train-the Trainer Course, September 1999.
- International Association of Computer Investigative Specialist (IACIS) course in DOS and Windows 95/98 Forensic Computer Examiner Course, May 1999.
- International Association of Computer Investigative Specialists (IACIS) Electronic Evidence Collection Specialist Course, April 1999.
- SEARCH Group Investigation of Computer Crimes Training Course, March 1999.
- Office of Juvenile Justice and Delinquency Prevention, Internet Crimes against Children Task-force Training Course, November 1998.
- US Department of Justice Computer Crime Seminar, October 1998.



# CURRICULUM VITAE

- Office of Juvenile Justice and Delinquency Prevention, Protecting Children Online Training Course, July 1998.
- National White Collar Crime Center CyberCop 101 (Basic Data Recovery and Examination) Course, July 1998.
- Federal Bureau of Investigation Innocent Images National Initiative Training, May 1998.

**TESTIMONY EXPERIENCE**

Sworn testimony regarding computer forensics and electronic discovery:

| DATE | CASE NAME | VENUE | TESTIMONY |
|---|---|---|---|
| 11/24/2019 | Guardant Health Inc. vs Personal Genome Diagnostics C.A. No. 17-1623-LPS-CJB | United States District Court for the District of Delaware | Declaration |
| 10/19/2017 | Kristie Harris vs. Vantage Oncology, LLC and Affiliated Oncologists, LLC. C.A. No. 2016L001830 | Circuit Court of the State of Illinois for Cook County | Declaration |
| 09/27/2017 | McKesson Corporation vs. Morris & Dickson Co, LLC, et al. Case No. 14LV-CC00031 | Circuit Court of the State of Missouri for Clinton County | Deposition |
| 05/08/2017 | Iris Technology Corporation v. Michael J Ellis, et al. Case No. 30-2016-00835183-CU-BC-CJC | Superior Court of the State of California for the County of Orange | Deposition |
| 04/06/2017 | Masimo v. Sotera Wireless | United States Bankruptcy Court for the Southern District of California | Trial Expert Testimony |
| 03/02/2017 | Masimo v. Sotera Wireless | United States Bankruptcy Court for the Southern District of California | Deposition |
| 08/09//2016 | Virgin Galactic LLC v. Firefly Systems, Inc., Case No. BC609407 | Superior Court of the State of California for the County of Los Angeles | Declaration |
| 09/09/2016 | Virgin Galactic vs. Thomas E. Markusic | Binding Arbitration | Declaration |
| 09/09/2016 | Virgin Galactic vs. Thomas E. Markusic | Binding Arbitration | Declaration |
| 09/06/2016 | Virgin Galactic vs. Thomas E. Markusic | Binding Arbitration | Declaration |

STROZ FRIEDBERG
an Aon company

# CURRICULUM VITAE

| 08/09//2016 | Virgin Galactic LLC v. Firefly Systems, Inc., Case No. BC609407 | Superior Court of the State of California for the County of Los Angeles | Declaration |
|---|---|---|---|
| 07/18/2016 | Virgin Galactic vs. Thomas E. Markusic | Binding Arbitration | Declaration |
| 07/15/2016 | David L. Stultz v Commonwealth of Virginia, DMV Case #7:13-cv-00589 | US District Court, Western District of Virginia | Declaration |
| 04/18/2016 | David L. Stultz v Commonwealth of Virginia, DMV Case #7:13-cv-00589 | US District Court, Western District of Virginia | Declaration |
| 01/26/2016 | Carl Kirkconnell vs. Iris Technology | Binding Arbitration | Hearing / Special Master |
| 09/04/2015 | James R. Glidwell Dental Ceramics v Tony Ly, Donna Nguyen, et. all | Superior Court of the State of California for the County of Orange | Declaration |
| 06/18/2015 | David L. Stultz v Commonwealth of Virginia, DMV Case #7:13-cv-00589 | US District Court, Western District of Virginia | Declaration |
| 05/27/2015 | Universal Card vs. Sonya Cassell, et. al. Case# 30-2013-00690757-cu-bt-cxc | Superior Court of the State of California for the County of Orange | Declaration |
| 05/22/2015 | David L. Stultz v Commonwealth of Virginia, DMV Case #7:13-cv-00589 | US District Court, Western District of Virginia | Declaration |
| 03/26/2015 | Paul McRoberts vs. Universal Card, Case# 30-2014-00698720-CU-BC-CXC | Superior Court of the State of California for the County of Orange | Declaration |
| 01/02/2015 | Universal Card vs. Sonya Cassell, et. al. Case# 30-2013-00690757-cu-bt-cxc | Superior Court of the State of California for the County of Orange | Declaration |
| 05/22/2012 | Cramer v. High Tech | Binding Arbitration | Hearing Testimony |
| 02/10/2012 | SUNPOWER CORPORATION v. SOLARCITY CORPORATION | US District Court, Northern District of California | Declaration |
| 12/20/2011 | AMRON INTERNATIONAL DIVING SUPPLY, INC v. HYDROLINX DIVING COMMUNICATION, INC. (No. 11cv1890 H) | US District Court, Southern District of California | Declaration |
| 12/05/2011 | AMRON INTERNATIONAL DIVING SUPPLY, INC v. HYDROLINX DIVING COMMUNICATION, INC. (No. 11cv1890 H) | US District Court, Southern District of California | Declaration |

STROZ FRIEDBERG
an Aon company

## CURRICULUM VITAE

| | | | |
|---|---|---|---|
| 10/26/2011 | AMRON INTERNATIONAL DIVING SUPPLY, INC v. HYDROLINX DIVING COMMUNICATION, INC. (No. 11cv1890 H) | US District Court, Southern District of California | Declaration |
| 08/18/2011 | AMRON INTERNATIONAL DIVING SUPPLY, INC v. HYDROLINX DIVING COMMUNICATION, INC. (No. 11cv1890 H) | US District Court, Southern District of California | Declaration |
| 06/06/2011 | AWR Corp. v. ZTE Corp. (No. CV-10-5790 Case No. CV 10-5790 PA SHx) | US District Court, Central District of California, Western Division | Deposition |
| 05/23/2011 | AWR Corp. v. ZTE Corp. (No. CV-10-5790Case No. CV 10-5790 PA SHx) | US District Court, Central District of California, Western Division | Declaration |
| 09/30/2010 | Norit Americas Inc. v. ADA-ES. et al (Cause No. 08-0673) | Confidential Arbitration | Deposition |
| 11/12/2009 | Jeffrey R. Marquart v. Stuart A. Smith (Case No. 30-2008-00115418) | Superior Court of the State of California for the County of Orange | Deposition |
| 07/30/2009 | Konami Digital Entertainment, Inc. and Konami Corporation, v. Vintage Sports Cards, Inc. and The Upper Deck Company (Case No. CV 08-06630 VBF PJWx) | United States District Court, Central District of California | Discovery Hearing Testimony |
| 02/13/2009 | Hotels Nevada v. LA Pacific Center (Case No. BC332914) | Superior Court of the State of California for the County of Los Angeles | Discovery Hearing Testimony |
| 04/01/2008 to 04/02/2008 | Montrenes Financial Services, Inc. v. Calvin Lim, Et Al. (Case No. 04cc08276) | Superior Court of the State of California for the County of Orange | Trial Testimony |
| 02/18/2008 | Montrenes Financial Services, Inc. v. Calvin Lim, Et Al. (Case No. 04cc08276) | Superior Court of the State of California for the County of Orange | Deposition |

# EXHIBIT 2-4 REDACTED IN THEIR ENTIRETY