IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GUARDANT HEALTH, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 17-1616 (LPS) (CJB) |
| | ) | |
| FOUNDATION MEDICINE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### [PROPOSED] JOINT SCHEDULING ORDER

Pursuant to the Court's October 16, 2020 Scheduling Order (D.I. 487), and subject to Foundation Medicine, Inc.'s objections, the parties submit the following proposed dates and deadlines for the Court's consideration.

| Date | Action |
|---|---|
| October 26, 2020 | Guardant to provide FMI with:<br><br>• Objections to FMI's exhibit list<br>• Revisions to Guardant's exhibit list (if any) |
| October 28, 2020 | Both parties exchange:<br><br>• Motions *in limine*<br>• Objections and counter deposition designations |
| October 29, 2020 | Both parties exchange:<br><br>• Near final witness lists<br>• Near final draft pretrial order schedules<br><br>FMI to provide Guardant with:<br><br>• Revisions to FMI's exhibit list (if any) |
| October 30, 2020 | Parties meet & confer regarding:<br><br>• Deposition designations<br>• Exhibit List |

| Date | Action |
|---|---|
| November 2, 2020 | FMI to provide any edits/objections/drafts to:<br><br>• Proposed preliminary jury instructions<br>• Proposed final jury instructions<br>• Proposed voir dire questions<br>• Proposed special verdict forms<br><br>Both parties exchange:<br><br>• Motion *in limine* oppositions<br>• Near final designations, objections, and counter-designations |
| November 4, 2020 | Both parties exchange:<br><br>• Near-final revised exhibit lists<br>• Near-final objections to exhibit lists<br>• Marked exhibits |
| November 5, 2020 | Both parties exchange:<br><br>• Motion *in limine* replies |
| November 6, 2020 | **Parties submit Pretrial Order to the Court** |
| November 9, 2020 | Parties meet & confer regarding:<br><br>• Preliminary jury instructions<br>• Final jury instructions<br>• Proposed voir dire questions<br>• Special verdict forms |
| November 10, 2020 | **Parties submit to the Court:**<br><br>• Preliminary jury instructions<br>• Final jury instructions<br>• Proposed voir dire questions<br>• Special verdict forms |
| November 13, 2020, 2:00 P.M. | **Final Pretrial Conference** |
| November 30, 2020, 9:00 A.M. | Start of Jury Selection and Trial |

- 3 -

Note: all exchanges are by 6:00 P.M. ET

| | |
|---|---|
| FARNAN LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ *Brian E. Farnan* | /s/ *Karen Jacobs* |
| Joseph J. Farnan, Jr. (#100245) | Karen Jacobs (#2881) |
| Brian E. Farnan (#4089) | Jeremy A. Tigan (#5239) |
| Michael J. Farnan (#5165) | 1201 North Market Street |
| 919 North Market Street, 12th Floor | P.O. Box 1347 |
| Wilmington, DE 19801 | Wilmington, DE 19899 |
| (302) 777-0300 | (302) 658-9200 |
| farnan@farnanlaw.com | kjacobs@mnat.com |
| bfarnan@farnanlaw.com | jtigan@mnat.com |
| mfarnan@farnanlaw.com | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | *Foundation Medicine, Inc.* |
| *Guardant Health, Inc.* | |

October 19, 2020

SO ORDERED this _____ day of October, 2020.

_____
Leonard P. Stark
United States District Judge