# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUARDANT HEALTH, INC., | |
| Plaintiff, | |
| v. | C. A. No. 17-cv-1616-LPS-CJB |
| FOUNDATION MEDICINE, INC., | |
| Defendant. | |

## DECLARATION OF BRITTON MOORE

**HIGHLY CONFIDENTIAL**
**ATTORNEY'S EYES ONLY**

## DECLARATION OF BRITTON MOORE

I, Britton Moore, am competent to testify to the facts set forth herein and hereby declare as follows:

1. I am a Senior Manager with the Forensic Technology & Consulting (FTAC) division of TransPerfect Legal Solutions (TLS). I oversee San Francisco digital forensic lab operations and have approximately 10 years of experience in the digital forensics field. My responsibilities at TLS include handling complex cases involving digital investigations. I regularly perform digital forensic services, which include, but are not limited to, digital evidence acquisition, preservation, analysis, data recovery, electronic mail extraction, and database examination. In addition to performing digital forensic services, I am responsible for reporting on my findings and have been admitted as an expert witness in various courts. Prior to my experience at TLS, I served as a Digital Forensic Examiner for both the Mountain View Police Department and Ceres Police Department. I also served on various task forces, including Internet Crimes Against Children Task Force (ICAC), FBI – Child Exploitation Task Force and the Secret Service Electronic Crimes Task Force (ECTF). My curriculum vitae is attached hereto as Exhibit 1.

2. FTAC performed a variety of forensic services regarding this matter, including forensic data acquisition (imaging), file extractions, data conversions and producing client deliverables. I understand through the course of these processes, there were a number of corrupted emails associated with Helmy Elthouky (Elthouky) gmail account, which contained only header information (To, From, Subject, Date, Time, Message ID, etc.), but had missing email bodies. In order to rectify the issue it required us to identify/search for non-corrupted copies of the corrupted emails. This required FTAC to collect from additional data sources where copies of Elthouky's emails could have been stored.

3. On November 18, 2019, FTAC took possession of two additional hard drives for this case, TLS Evidence ID numbers 056-0006 and 056-0007, which had previously been in Guardant Health's possession. FTAC used forensic software to create exact copies of both devices in order to maintain the integrity of the dataset, known as a forensic image. During the typical operation of an email software application that is logged into a Gmail account, a sync of all available emails to the associated device would occur, barring technical problems such as connection issues. When analyzing the data stored locally within the Outlook email profile, the most recent messages appear to be from March 22, 2019 on both devices. This included messages from Elthouk's synced Gmail account. Based on this evidence, it is my opinion the last sync from Elthouky's Gmail account to the hard drives were on that approximate date.

4. FTAC extracted Elthouky's email data contained within these two devices and then converted the exports to Personal Storage Table (PST), a file format suitable for additional data processing.

5. Through the assistance of TLS's Electronically Stored Information (ESI) processing team, the additional email collected was processed and culled based upon the criteria

of specific email domains and search terms. Subsequently, TLS was able to provide the legal team with responsive search hits.

      6.     The email data collected from the additional sources, contained full-bodied messages and successfully supplemented the previous corrupt email data. ESI's workflow involved reviewing the subject line of the emails and comparing date and time signatures, as well as reviewing the InternetMessageID. The Message ID is a globally unique string assigned to a particular email by the sender's email provider (Google), for the identification of an email message. The distinct ID can be used to track the specific email from the originating email server. The message ID contains a unique key or identifier according to the mail server, which includes information about the specific server where the message originated.

      7.     During the course of our examination, we learned that the corrupted emails were missing message bodies, and identified that the corrupted emails contain inaccurate timestamp information. The corrupted emails were exactly one hour behind from the non-corrupted versions. While these emails have a difference of one hour in the timestamp, they can conclusively be shown to represent the same email as they have the same To, From, Subject, Date, Minute, Second and Message ID. It is my opinion that where emails have the header information with the exception of the one hour difference, they represent the same email. A possible explanation for the time stamp inaccuracy could be related to a time zone issue.

      8.     In conclusion, it is my professional opinion that the emails were forensically acquired, processed, transferred, analyzed, and reviewed in a forensically sound manner. Our effort to reconstruct the missing bodies from other available sources was largely successful.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct to the best of my knowledge, and that this declaration was executed this 15th day of October 2020 in San Francisco, California.

By: _____
          Britton Moore

# EXHIBIT 1

# *Curriculum Vitae for*
# Britton Moore
**Senior Manager, Forensic Technology and Consulting**
**TransPerfect Legal Solutions**

---

**BIO/SUMMARY**

Senior Manager of Forensic Technology and Consulting Operations in the San Francisco, CA office of TransPerfect Legal Solutions. Digital Forensics and e-discovery professional with years of investigative and laboratory experience. Executed large-scale forensic collections, investigations, and e-discovery engagements throughout the U.S. Comprehensive knowledge of industry-standard forensic tools used for data collection, evidence processing and analysis. Over one-thousand hours of classroom training related to digital forensics tools and internet investigations. A law enforcement background with experience in courtroom testimony as a certified expert on both Federal and State cases. An expert in evidence collection, chain of custody and secure evidence storage. Dedicated to strict procedural guidelines with an emphasis on accurate documentation and reporting protocols. Liaison between forensic experts and partners with experience in the presentation of technical information to a non-technical audience. Led the initial creation and development of the Mountain View Police Department Cyber Unit's laboratory protocols, policies and practices. Recipient of the 2016 U.S. Secret Service Computer Forensic Examiner Award and 2016 Silicon Valley Crime Stoppers Award for work in the digital forensics field. A veteran of the U.S. Army Military Police Corps.

**CERTIFICATIONS & LICENSES**

- Cellebrite Certified Logical Operator (CCLO)
- Cellebrite Certified Physical Analyst (CCPA)
- BlackBag Certified BlackLight Examiner (CBE)

**AWARDS**

- Computer Forensic Examiner of the Year Award, U.S. Secret Service, 2016
- Silicon Valley Crime Stopper Award – Digital Forensics, Silicon Valley Crime Stoppers, 2016

**PRIOR EMPLOYMENT**

**Digital Forensic Examiner/Detective, Mountain View Police Department 2014-2018**
• Assigned to various high-technology task forces including State and Federal Agencies, committed to the investigation of internet and computer facilitated crimes.
• Collaborated with Department Admin on the creation on the agency's new Cyber Unit.
• Designed procedural guidelines, case management logs and workflow protocol.
• Implemented formalized training on "best practices" regarding digital evidence collection.
• Worked with inter-agency personnel to purchase top quality forensic tools and equipment.
• Developed memberships with area task forces, SVICAC, FBI and U.S. Secret Service.
• On-scene incident response, including triage, preview analysis and evidence handling.
• Forensic imaging, secure archiving and data acquisition of various digital devices and mobile devices. Use of tested imaging tools and equipment, including FTK Imager, MacQuisition, Cellebrite, Paladin Pro, Tableau Write blockers and RF Blockers.
• DF Processing/analysis using FTK, EnCase, BlackLight, IEF, XRY, Mobilyze, and Cellebrite

---



216 East 45th Street, 4th Floor | New York, NY 10017
212.867.6600 | jkelshaw @transperfect.com

*Curriculum Vitae for*

# Britton Moore
**Senior Manager, Forensic Technology and Consulting**
**TransPerfect Legal Solutions**

---

**Digital Forensic Examiner/Detective, Ceres Police Department 2010-2014**
• Assigned to various high-technology task forces including State and Federal Agencies, committed to the investigation of internet and computer facilitated crimes.
• Initiate proactive undercover internet investigations and enforce both Federal and State Laws.
• React to reported offenses by both Civilian and Government reporting agencies.
• Conduct interviews, author search warrants, police reports, and testify in Federal/State Court.
• Organize and draft operation plans and threat assessments.
• Collect and maintain evidence and case statistics.
• Complex forensics examinations on computers, mobile devices and other digital evidence.
• Maintain relevant industry related training requirements and be proficient on evolving case law.
• Responsible for maintaining the annual Department High Tech Team Budget.
• Present training on internet safety for various community organizations and schools.

**Prior Law Enforcement Task Force Memberships**
- Sacramento Valley Hi-Tech Crimes Task Force (SVHTCTF)
- Sacramento Area Internet Crimes Against Children Task Force (SAICAC)
- Silicon Valley Internet Crimes Against Children Task Force (SVICAC)
- FBI- Child Exploitation Task Force
- U.S. Secret Service Electronic Crimes Task Force (ECTF)

**TRAINING**

Digital Forensics Training
- Magnet Axiom Examinations (Magnet Forensics) (32 hours) 2019
- Forensic Tool Kit-Windows 10 Forensics (Access Data) (21 Hours) 2016
- Certified BlackLight Examiner (BlackBag Technologies) (16 Hours) 2016
- Macintosh Forensics (US Secret Service-NCFI) (64 Hours) 2016
- Advanced Computer Forensics (US Secret Service-NCFI) (64 Hours) 2015
- Internet Evidence Finder IEF Essentials (H-11 Digital Forensics) (16 Hours) 2014
- Forensic Tool Kit-Windows 7 Forensics (Access Data) (21 Hours) 2013
- Forensic Tool Kit-Windows Core Forensics (Access Data) (21 Hours) 2013
- Forensic Tool Kit-"Forensics Toolkit/Computer Forensics" (Access Data) (35 Hours) 2012
- Forensic Tool Kit-"Access Data Bootcamp" (Access Data) (21 Hours) 2012
- EnCase Advanced Computer Forensics (Guidance Software) (32 Hours) 2012
- EnCase Macintosh-Linux Examinations (Guidance Software) (32 Hours) 2012
- EnCase Computer forensics II (Guidance Software) (32 Hours) 2012
- EnCase Computer Forensics I (Guidance Software) (32 Hours) 2012
- Computer Evidence Methodology (Ca DOJ- Office of Internal Affairs) (32 Hours) 2011
- PC Forensics/Specialized Investigative tools (Ca DOJ-Advanced Trng Cntr) (40 Hours) 2010

Mobile Device/Cellular Phone Forensics Training
- Advanced Mobile Device (US Secret Service-NCFI) (64 Hours) 2016
- Blackthorn/iVE-Vehicle and GPS Device Forensics (Berla) (14 Hours) 2016
- Cellebrite Certified Logical Operator (Cellebrite) (14 Hours) 2016
- XRY Mobile Forensics Certification Training (MSAB) (16 Hours) 2016
- Cellebrite Certified Logical Operator (H-11 Digital Forensics) (14 Hours) 2014

---



**216 East 45th Street, 4th Floor | New York, NY 10017**
**212.867.6600 | jkelshaw @transperfect.com**

*Curriculum Vitae for*
# Britton Moore
**Senior Manager, Forensic Technology and Consulting**
**TransPerfect Legal Solutions**

---

- Cellebrite Certified Physical Analyst (H-11 Digital forensics) (21 Hours) 2014
- Cell Phone Forensics Training (Sac Valley Hi-Tech Crimes Task Force) (8 Hours) 2010

<u>Internet Investigations Training</u>
- Cybersecurity Training for IT Administrators (SF- Urban Areas Sec Inst.) (24 hours) 2017
- Dark Web/Internet Privacy Training (CRA, Inc) (16 Hours) 2017
- Lawful Interception of Wire (Ca Department of Justice) (8 Hours) 2017
- National LE Training on Child Exploitation (US Department of Justice) (21 Hours) 2016
- National LE Training on Child Exploitation (US Department of Justice) (21 Hours) 2015
- ICAC BitTorrent Investigations (US DOJ - Office of Juvenile Justice) (15 Hours) 2013
- Prosecution Training of Tech Facilitated Crimes Against Children (NDAA) (21 Hours) 2013
- Peer-to-Peer Network Investigations (SEARCH) (32 Hours) 2012
- Advanced Peer-to-Peer Investigations (Sac Valley Hi-Tech Crimes TF) (8 Hours) 2011
- Advanced Gigatribe Investigations Training (Feeble-Industries) (8 Hours) 2011
- National Conference Combating Child Exploitation (US DOJ) (21 Hours) 2011
- Homicide Investigations (R. Presley Institute of Criminal Investigations) (80 Hours) 2011
- Officer Involved Shooting Invest. (Ca DOJ-Advanced Training Center) (36 Hours) 2011
- Spec. Surveillance Equipment/Techniques (Ca DOJ-Advanced Trng. Cntr.) (40 Hours) 2011
- Computer Crimes/Internet Investigations (Ca DOJ-Advanced Trng. Cntr.) (40 Hours) 2010
- Peer-to-Peer Network Investigations (SEARCH) (24 Hours) 2010



216 East 45th Street, 4th Floor | New York, NY 10017
212.867.6600 | jkelshaw @transperfect.com