# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUARDANT HEALTH, INC., <br><br> Plaintiff, <br><br> v. <br><br> FOUNDATION MEDICINE, INC., <br><br> Defendant. | C. A. No. 17-cv-1616-LPS-CJB |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 6, 2021, a copy of Rebuttal Expert Report of Britton Moore was served on the following as indicated:

<u>Via E-Mail</u>
Karen Jacobs
Jeremy A. Tigan
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
kjacobs@mnat.com
jtigan@mnat.com

*Attorneys for Defendant*

<u>Via E-Mail</u>
Eric J. Marandett
G. Mark Edgarton
Margaret E. Ives
Matthew S. Barrett
Diana Seol
CHOATE HALL & STEWART LLP
FM-GuardantService@choate.com

*Attorneys for Defendant*

Dated: April 7, 2021

Respectfully submitted,

FARNAN LLP

<u>/s/ Brian E. Farnan</u>
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
Telephone: (302) 777-0300
Facsimile: (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Edward R. Reines (admitted *pro hac vice*)

Derek C. Walter (admitted *pro hac vice*)
WEIL, GOTSHAL &MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000

*Attorneys for Plaintiff*