IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GUARDANT HEALTH, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 17-1616 (LPS) (CJB) |
| | ) | |
| FOUNDATION MEDICINE, INC., | ) | **PUBLIC VERSION** |
| | ) | **Confidential Version Filed: April 16, 2021** |
| Defendant. | ) | **Public Version Filed: May 5, 2021** |

## DEFENDANT FOUNDATION MEDICINE, INC.'S
## MOTION FOR LEAVE TO AMEND ITS ANSWER AND COUNTERCLAIMS

Pursuant to Federal Rule of Civil Procedure 15(a) and D. Del. LR 15.1, Defendant Foundation Medicine, Inc. ("FMI") respectfully requests leave to amend its Answer and Counterclaims to add new defenses to Guardant Health, Inc.'s ("Guardant") Third Amended Complaint ███████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████[1] As explained in FMI's Opening Letter Brief submitted herewith, the Motion should be granted because (i) FMI has acted diligently and in good faith; and (ii) amendment of FMI's pleadings is neither prejudicial to Guardant nor futile.

---

[1] Pursuant to D. Del. LR 15.1 and the Scheduling Order in this matter (D.I. 24, ¶ 9), a "blackline" comparison to Defendant's prior pleading is attached as Exhibit A. A clean copy of Defendant's amended answer and counterclaims is attached as Exhibit B.

|  |  |
|---|---|
| OF COUNSEL:<br><br>Eric J. Marandett<br>G. Mark Edgarton<br>Sophie F. Wang<br>Diane C. Seol<br>John C. Calhoun<br>CHOATE HALL & STEWART LLP<br>Two International Place<br>Boston, MA  02110<br>(617) 248-5000<br><br>April 16, 2021 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>/s/ *Jeremy A. Tigan*<br>Karen Jacobs (#2881)<br>Jeremy A. Tigan (#5239)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>kjacobs@morrisnichols.com<br>jtigan@morrisnichols.com<br><br>*Attorneys for Foundation Medicine, Inc.* |

## 7.1.1 CERTIFICATION

I hereby certify that the subject of the foregoing motion has been discussed with counsel for the Plaintiff and that we have not been able to reach agreement.  On April 3, 2021, FMI asked for Plaintiff's consent to amend FMI's Answer and Counterclaims.  During meet and confers on April 5, 2021 and April 12, 2021, Guardant refused consent and indicated it would oppose FMI's motion for leave to amend.

/s/ *Jeremy A. Tigan*
Jeremy A. Tigan (#5239)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUARDANT HEALTH, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 17-01616 (LPS) (CJB) |
| | ) |
| FOUNDATION MEDICINE, INC., | ) |
| | ) |
| Defendant. | ) |

**[PROPOSED] ORDER GRANTING DEFENDANT FOUNDATION MEDICINE, INC.'S
MOTION FOR LEAVE TO AMEND ITS ANSWER AND COUNTERCLAIMS**

Before the Court is Defendant Foundation Medicine, Inc.'s Motion for Leave to Amend its Answer and Counterclaims (the "Motion"). The Court, having considered FMI's Motion, the parties' briefing, and the relevant authorities, finds that Defendant's Motion should be GRANTED.

IT IS SO ORDERED.

Dated: _____          _____
                                                         United States District Judge