IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUARDANT HEALTH, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FOUNDATION MEDICINE, INC., ) <br> ) <br> Defendant. ) <br> ) | **PUBLIC VERSION** <br><br> C.A. No. 17-1616-LPS-CJB <br><br> **EXPEDITED CONSIDERATION REQUESTED** |

## FOUNDATION MEDICINE INC.'S MOTION TO STRIKE

Defendant Foundation Medicine, Inc. ("FMI") moves to strike Guardant Health, Inc.'s ("Guardant") late-disclosed theory on "Files.zip" contained within its Pre-Hearing Spoliation Statement. The grounds for this motion are set forth in FMI's Opening Letter Brief and supporting papers submitted herewith. FMI respectfully requests expedited consideration of the motion as it relates to the theories and materials that can be relied upon at the May 13 Spoliation Hearing. FMI respectfully requests that Guardant be required to file a response by May 11 and FMI will reply by May 12.

|                              | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|

/s/ Jeremy A. Tigan
Karen Jacobs (#2881)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
kjacobs@morrisnichols.com
jtigan@morrisnichols.com

*Attorneys for Foundation Medicine, Inc.*

OF COUNSEL:

Eric J. Marandett
G. Mark Edgarton
Sophie F. Wang
Diane C. Seol
John C. Calhoun
CHOATE HALL & STEWART LLP
Two International Place
Boston, MA  02110
(617) 248-5000

**Confidential Version Filed: May 10, 2021**

**Public Version Filed: May 18, 2021**

## RULE 7.1.1 CERTIFICATE

I hereby certify that the subject of the foregoing motion has been discussed with counsel for the plaintiffs and that we have not been able to reach agreement.

/s/ *Jeremy A. Tigan*
Jeremy A. Tigan (#5239)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUARDANT HEALTH, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FOUNDATION MEDICINE, INC., )<br>)<br>Defendant. )<br>) | C.A. No. 17-1616-LPS-CJB |

**[PROPOSED] ORDER**

Having considered FMI's Motion to Strike Guardant's late-disclosed theory regarding "Files.zip," **IT IS HEREBY ORDERED** this _____ day of May, 2021, that:

1. FMI's Motion to Strike is GRANTED;

2. The following portions of Guardant's Pre-Hearing Statement (D.I. 548) are STRICKEN: (1) the second full paragraph on page 3, starting with "Given this," and (2) the second full paragraph on page 9, starting with "Given this"; (3) Exhibit 6; and;

3. Guardant is precluded from relying on any of the following documents in connection with the May 13, 2021 spoliation hearing or in post-hearing briefing on FMI's spoliation motion:  GUARDFM00951393 - GUARDFM00951498.

_____
THE HONORABLE LEONARD P. STARK
UNITED STATES DISTRICT JUDGE