IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUARDANT HEALTH, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FOUNDATION MEDICINE, INC., )<br>)<br>Defendant. ) | C.A. No. 17-1616 (LPS) (CJB) |
| GUARDANT HEALTH, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FOUNDATION MEDICINE, INC., )<br>)<br>Defendant. ) | C.A. No. 20-1580 (LPS) |

## JOINT STATUS REPORT

Pursuant to the Court's June 4, 2021 Oral Order (C.A. No. 17-1616, D.I. 562; C.A. No. 20-1580, D.I. 77), Plaintiff Guardant Health, Inc. and Defendant Foundation Medicine, Inc. provide this joint status report.

As previously represented to the Court, the parties entered into a binding term sheet agreement on May 13, 2021. Since then, Guardant and FMI have continued to work diligently to complete final documentation. Since the filing of the joint status report on May 28, 2021, the parties have revised and exchanged additional draft documents and identified several issues that require further clarification and discussion. Given the complexity of the issues and the parties' various affiliated businesses, and the upcoming July 4 holiday and associated travel, the parties respectfully request additional time – until July 16, 2021 – to finalize the documentation and file a dismissal of all claims and counterclaims in these actions or, if necessary, another status report.

| | |
|---|---|
| Dated: June 18, 2021 | Respectfully submitted, |
| FARNAN LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ Brian E. Farnan<br>Brian E. Farnan (#4089)<br>Michael J. Farnan (#5165)<br>919 N. Market St., 12th Floor<br>Wilmington, DE 19801<br>(302) 777-0300<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com<br><br>*Attorneys for Plaintiff*<br>*Guardant Health, Inc.* | /s/ Jeremy A. Tigan<br>Karen Jacobs (#2881)<br>Jeremy A. Tigan (#5239)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>kjacobs@morrisnichols.com<br>jtigan@morrisnichols.com<br><br>*Attorneys for Defendant*<br>*Foundation Medicine, Inc.* |

June 18, 2021