IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUARDANT HEALTH, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FOUNDATION MEDICINE, INC., )<br>)<br>Defendant. ) | C.A. No. 17-1616 (LPS) (CJB) |
| GUARDANT HEALTH, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FOUNDATION MEDICINE, INC., )<br>)<br>Defendant. ) | C.A. No. 20-1580 (LPS) |

## JOINT STATUS REPORT

Pursuant to the Court's June 21, 2021 Oral Order (C.A. No. 17-1616, D.I. 564; C.A. No. 20-1580, D.I. 79), Plaintiff Guardant Health, Inc. and Defendant Foundation Medicine, Inc. provide this joint status report.

As previously represented to the Court, the parties entered into a binding term sheet agreement on May 13, 2021. Since then, Guardant and FMI have continued to work diligently to complete final documentation. Since the filing of the joint status report on June 18, 2021, the parties have revised and exchanged additional draft documents and identified several issues that require further clarification and discussion. Given the complexity of the issues and the parties' various affiliated businesses, the parties respectfully request additional time—until August 13, 2021—to finalize the documentation and file a dismissal of all claims and counterclaims in these actions or, if necessary, another status report.

Dated: July 16, 2021

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (#4089)
Michael J. Farnan (#5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Plaintiff*
*Guardant Health, Inc.*

Respectfully submitted,

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jeremy A. Tigan
Karen Jacobs (#2881)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
kjacobs@morrisnichols.com
jtigan@morrisnichols.com

*Attorneys for Defendant*
*Foundation Medicine, Inc.*